IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


NANCY BRYANT,                                            Civ. No. 6:18-cv-01553-AA

        Plaintiff,                                         **VERDICT FORM**

v.

**CITY OF TOLEDO, et al.,**

        Defendants.

We, the Jury in the above-entitled action, for our Verdict, answer the questions unanimously, submitted as follows:

Federal Claim: First Amendment Retaliation as to Craig Martin and Billie Jo Smith

1. Did Nancy Bryant prove each element of her claim that Craig Martin violated her right under the First Amendment to be free from retaliation for speaking on an issue of public concern?

Answer:      Yes             X

             No             _____

*Proceed to the next question*

2. Did Nancy Bryant prove each element of her claim that Billie Jo Smith violated her right under the First Amendment to be free from retaliation for speaking on an issue of public concern?

Answer:      Yes             X

             No             _____

*If you answered "Yes" to either Question 1 or 2, proceed to the next question*
*If you answered "No" to both Questions 1 and 2, skip to Question 5.*

3. You answered "Yes" to either Question 1 or Question 2. How much should Nancy Bryant be compensated for the harm done by Billie Jo Smith and/or Craig Martin?

*As to Billie Joe Smith:*

Economic damages $____0____

Emotional damages $ 5,000.00

*As to Craig Martin*

Economic damages $____0____

Emotional damages $ 10,000.00

*Proceed to the next question*

4.   Do you find that Nancy Bryant proved that Craig Martin and/or Billie Jo Smith engaged in malicious conduct, or had reckless disregard for her rights, such that she is entitled to punitive damages? If so, how much should Nancy Bryant be compensated for the harm done by Billie Jo Smith and/or Craig Martin?

*As to Billie Joe Smith*

Did Nancy Bryant prove punitive damages? _X_ Yes ___ No

Punitive damages         $ 1000.00

    *As to Craig Martin*

    Did Nancy Bryant prove punitive damages? _X_ Yes ___ No

    Punitive damages         $ 12,000.00

*Proceed to the next question*

Federal Claim: Fourteenth Amendment Equal Protection Claim for Sex Discrimination as to Craig Martin

5.   Did Nancy Bryant prove that Craig Martin took an adverse action or retaliated against her, and that Nancy Bryant's sex was a determinative factor in Craig Martin's decision to do so?

Answer:      Yes      _____

        No       _X_

*If you answered "Yes" to Question 5, proceed to the next question.*
*If you answered "No" to Question 5, skip to Question 8.*

6.   You answered "Yes" to Question 5. How much should Nancy Bryant be compensated for the harm done by Craig Martin?

    Economic damages      $ N/A

    Emotional damages     $ N/A

*Proceed to the next question*

7.  Do you find that Nancy Bryant proved that Craig Martin engaged in malicious conduct, or had reckless disregard for her rights, such that she is entitled to punitive damages? If so, how much should Nancy Bryant be compensated for the harm done by Craig Martin?

>   Did Nancy Bryant prove punitive damages? ___Yes ___No
>
>   Punitive damages $ N/A

*Proceed to next question*

State Law Claim of Sex Discrimination

8.  Did Nancy Bryant prove that Craig Martin or the City of Toledo took an adverse action or retaliated against her, and that her sex was a substantial factor in that adverse action?

    Answer:     City of Toledo     Yes _____     No  X

                Craig Martin       Yes _____     No  X

*If you answered "Yes" for <u>either</u> City of Toledo or Craig Martin, proceed to the next question. If you answered "No" for <u>both</u> Craig Martin and City of Toledo, skip to Question 10.*

9.  How much should Nancy Bryant be compensated for the harm done by Craig Martin and/or the City of Toledo?

    *As to Craig Martin:*                         *As to City of Toledo*

    Economic damages $ N/A                        Economic damages $ N/A

    Emotional damages $ N/A                       Emotional damages $ N/A

*Proceed to next question*

State Law Whistleblower Claim

10.    Did Nancy Bryant prove each element of her claim that Craig Martin, Billie Jo Smith, or the City of Toledo retaliated against her because she opposed conduct that she believed was evidence of mismanagement, gross waste of funds, abuse of authority, or violation of law?

Answer:        Craig Martin        Yes __X__  No _____

                 Billie Jo Smith    Yes __X__  No _____

                 City of Toledo     Yes __X__  No _____

*If you answered "No" for every Defendant, your deliberations are complete.*
*If you answered "Yes" for any Defendant, proceed to the next question.*

11.    How much should Nancy Bryant be compensated for the harm done by Craig Martin, Billie Jo Smith, and/or City of Toledo?

*As to Billie Joe Smith:*                    *As to Craig Martin*

Economic damages $25,000.00         Economic damages $15,000.00

Emotional damages $50,000.00        Emotional damages $100,000.00

*As to City of Toledo:*

Economic damages $490,000.00

Emotional damages $600,000.00

*Proceed to next section*

Your deliberations are complete. Please sign and date this form.

DATED: June 5, 2025.

_____
Presiding Juror

## THIS FORM IS COMPLETE

Please notify the bailiff that you have concluded your deliberations