IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

NANCY BRYANT,

               Plaintiff,

       v.

CITY OF TOLEDO, CRAIG
MARTIN, in his individual capacity,
and BILLIE JO SMITH, in her
individual capacity,

               Defendants.

Case No. 6:18-cv-01553-AA

**JUDGMENT**

This action was tried to a jury with Judge Ann Aiken presiding, upon the claims of Plaintiff Nancy Bryant for First Amendment Retaliation, Fourteenth Amendment Sex Discrimination, State Law Sex Discrimination, and State Law Whistleblower Retaliation, and the jury rendered its verdict on June 5, 2025.

It is ordered that Plaintiff Nancy Bryant recover upon her claim of First Amendment Retaliation under 42 USC 1983 the following damages:

1 – JUDGMENT

From Defendant Craig Martin: $10,000.00 in emotional damages and $12,000.00 in punitive damages.

From Defendant Billie Jo Smith: $5,000.00 in emotional damages and $1,000.00 in punitive damages.

It is further ordered that Plaintiff Nancy Bryant recover upon her claim of State Law Whistleblower Retaliation under ORS 659A.203 the following damages:

From Defendant Craig Martin: $15,000.00 in economic damages and $100,000.00 in emotional damages.

From Defendant Billie Jo Smith: $25,000.00 in economic damages and $50,000.00 in emotional damages.

From Defendant City of Toledo: $490,000.00 in economic damages and $600,000.00 in emotional damages.

Post-judgment interest at the rate of 4.28% per annum shall accrue on the forgoing damages until paid and Plaintiff Nancy Bryant shall be entitled to costs.

All other claims of Plaintiff are dismissed with prejudice.


Dated this  23rd  day of June, 2025.

 /s/Ann Aiken                                        

ANN AIKEN
Senior United States District Court Judge